

# IN THE
# TENTH COURT OF APPEALS

### No. 10-12-00158-CV

**DON C. AND WYNETTE M. RUSSELL,**

**Appellant**

**v.**

**ROBERT B. COWARD AND COWARD LAND, LP, A TEXAS LIMITED PARTNERSHIP,**

**Appellees**

**From the 52nd District Court
Coryell County, Texas
Trial Court No. CAC-09-38903**

## ORDER ON MOTION FOR REHEARING

The Court's judgment dated October 9, 2014, is withdrawn because it contains a clerical error, and the judgment dated October 30, 2014, is substituted therefor.

Appellants' motion for rehearing is dismissed as moot.

PER CURIAM

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
    (Chief Justice Gray concurs in the result.)
Order issued and filed October 30, 2014
Do not publish

